**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2356**

_____

G.S MICHAEL T. MOORE,

       Plaintiff - Appellant,

   v.

MAYOR BRANDON SCOTT; P.F. WILCOX; ROBERT LEONARD,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:25-cv-01272-BAH)

_____

Submitted:  July 23, 2026                   Decided:  July 27, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael T. Moore, Appellant Pro Se.  Michael Patrick Redmond, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellee Mayor Brandon Scott. Laura Nachowitz Steel, WILSON ELSER MOSKOWITZ EDELMAN & DECKER LLP, Washington, D.C. for Appellee Robert Leonard.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  Moore has also filed a motion to expedite the decision.  We have reviewed the record and find no reversible error.  Accordingly, we deny the motion and affirm the district court's order.  *Moore v. Scott*, No. 1:25-cv-01272-BAH (D. Md., Oct. 31, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*